IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APCO LIQUIDATING TRUST, | ) | Case No. 05-12355 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

COMES NOW the CITY OF WICHITA, KANSAS (the "City") and pursuant to Rule 8006, Fed. R. Bankr. P., designates the following items to be included in the record on appeal of the Court's (i) Order entered in this case on June 29, 2007 and (ii) the Memorandum Opinion entered in this case on June 27, 2007:

**Designation of Record**

| Appeal Record No. | Filing Date | Docket Number | Pleading |
|---|---|---|---|
| 1 | 5/25/07 | 275 | Certification of Counsel Submitting Proof of Claim filed by City of Wichita |
| 2 | 2/15/06 | N/A | Proof of Claim No. 27 filed by U.S. Environmental Protection Agency |
| 3 | 12/12/06 | 233 | Objection of the Liquidation Trustee to Claim Number 22 and 23 by Claimant City of Wichita, Kansas and Motion to Estimate, if necessary |
| 4 | 3/5/07 | 257 | Supplemental Memorandum of Law in Support of the Liquidation Trustee's Objection to Claim by City of Wichita, Kansas |

| Appeal Record No. | Filing Date | Docket Number | Pleading |
|---|---|---|---|
| 5 | 3/28/07 | 261 | Memorandum of Law in Support of Opposition by the City of Wichita, Kansas to the Supplemental Memorandum of Law in Support of the Liquidation Trustee's Objection to Claim by City of Wichita, Kansas |
| 6 | 4/18/07 | 269 | The Liquidation Trustee's Reply Brief in Further Support of Objection to Claim by City of Wichita, Kansas |
| 7 | 6/29/07 | 277 | Memorandum Opinion Sustaining the Objection of the Liquidation Trustee to Claim Number 26 filed by the City of Wichita, Kansas |
| 8 | 6/29/07 | 278 | Order Sustaining the Objection of the Liquidation Trustee to Claim Number 26 filed by the City of Wichita, Kansas |
| 9 | 7/9/07 | 279 | Notice of Appeal |
| 10 | TBD | TBD | Transcript of May 3, 2007 hearing (ordered on July 19, 2007) |

## Statement Of Issues To Be Presented On Appeal

In addition, the City provides the following statement of the issues to be presented in the appeal:

1. Whether the Bankruptcy Court erred in the determination that the claim of the City is one for "contribution" for purposes of 11 U.S.C. § 502(e)(1)(B)?

2. Whether the Bankruptcy Court erred in the determination that the claim of the City was "contingent" at the time of its disallowance for purposes of 11 U.S.C. § 502(e)(1)(B)?

3. Whether the Bankruptcy Court erred in the determination that the claim of the City was "liable with" Debtor on the claim of a creditor for purposes of 11 U.S.C. § 502(e)(1)(B)?

4. Whether the Bankruptcy Court erred in the determination that, in the circumstances of the captioned case, the failure of the Kansas Department of Heath and Environment ("KDHE") to file a proof of claim in the captioned case on the KDHE claim which purportedly invoked 11 U.S.C. § 502(e)(1)(B) was not relevant to application of the statute to the City's claim?

Dated: July 19, 2007

COZEN O'CONNOR

/s/ JW
_____
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

- and -

Mark S. Carder, Esquire
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2900
Kansas City, MI 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

- and -

CITY OF WICHITA, KANSAS
OFFICE OF THE CITY ATTORNEY
Gary E. Rebenstorf, City Attorney
Joe Allen Lang, Chief Deputy City Attorney
Sharon L. Dickgrafe, Ass't City Attorney
City Hall – 13th Floor
455 North Main Street
Wichita, KS 67202
Telephone: (316) 268-4681
Facsimile: (316) 268-4335

*Counsel to City of Wichita, Kansas*