IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APCO LIQUIDATING TRUST and | ) | Case No. 05-12355 (BLS) |
| APCO MISSING STOCKHOLDER | ) | |
| TRUST, | ) | Jointly Administered |
| | ) | |
| Reorganized Debtors. | ) | Re: Docket No. 282 |

### APPELLEES' COUNTER-DESIGNATION OF RECORD WITH RESPECT TO "DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL" [DOCKET NO. 282]

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Apco Liquidating Trust and Apco Missing Stockholder Trust (collectively, the "Reorganized Debtors"), as appellees, hereby submit the following counterdesignation of additional items to be included in the record in connection with the appeal of the City of Wichita, Kansas ("Wichita") from the (i) *Order*, entered June 29, 2007 [Docket No. 278] and (ii) *Memorandum Opinion*, entered June 29, 2007 [Docket No. 277] in the above-captioned cases by the United States Bankruptcy Court for the District of Delaware (the Honorable Brendan L. Shannon), and respectfully submit as follows:

## COUNTER-DESIGNATION OF RECORD[1]

In addition to the items designated by Wichita to be included in the record on appeal, the Reorganized Debtors designate the following items to be included:[2]

| Exhibit No. | Docket No. | Date | Description |
| --- | --- | --- | --- |
| 1. | 47 | 09/16/2005 | Affidavit of Joseph L. King Concerning Service of Notice of Bar Dates For Filing of Proofs of Claim |
| 2. | 112 | 12/16/2005 | First Amended Disclosure Statement with Respect to First Amended Liquidating Plan of Reorganization, As Further Revised |
| 3. | 113 | 12/16/2005 | First Amended Liquidating Plan of Reorganization, As Further Revised |
| 4. | 135 | 01/11/2006 | Stipulation Between City of Wichita, Kansas and Apco Liquidating Trust and Apco Missing Stockholder Trust to Allow Claim of City of Wichita, Kansas for Voting Purposes Only |
| 5. | 140 | 01/13/2006 | Debtors' Motion Pursuant to Bankruptcy Rule 9019(a) for the Entry of an Order Approving Stipulation with the City of Wichita, Kansas |
| 6. | 147 | 01/20/2006 | Affidavit of Joseph L. King Certifying, Voting on and Tabulation of Ballots of Creditors' Acceptance and Rejection of the First Amended Disclosure Statement With Respect to First Amended |

---

[1] This designation of items is in addition to any record items listed in the *Designation of Record and Statement of Issues on Appeal* [Docket No. 282], filed July 19, 2007.

[2] The Reorganized Debtors reserve the right to amend this counterdesignation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

| Exhibit No. | Docket No. | Date | Description |
|---|---|---|---|
|  |  |  | Liquidating Plan of Reorganization, as Further Revised |
| 7. | 160 | 01/26/2006 | Findings of Fact and Conclusions of Law and Order Confirming First Amended Liquidation Plan of Reorganization |
| 8. | 161 | 01/26/2006 | Order Approving Stipulation With City of Wichita, Kansas |
| 9. | 251 | 02/15/2007 | Agreed Scheduling Order |
| 10. | 253 | 02/23/2007 | Transcript of Hearing held on January 18, 2007 before the Honorable Brendan L. Shannon |
| 11. | 276 | 06/13/2007 | Notice of Submission of Subsequent Authority Pursuant to Local Bankruptcy Rule 7007-1(b) |

Dated:   July 30, 2007
         Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
Jason M. Madron (No. 4431)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701

- and -

Neal H. Weinfield
Matthew F. Prewitt
**GREENBERG TRAURIG LLP**
77 West Wacker Drive
Chicago, IL 60601
Telephone:   (312) 456-8400
Facsimile:   (312) 456-8435

*Counsel for the Liquidation Trustee*