IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Apco Liquidating Trust and Apco
Missing Stockholder Trust

|   |   |
|---|---|
| City of Wichita Kansas ) | |
| ) | |
| Appellant ) | Civil Action No.   07-474 |
| v. ) | |
| ) | |
| Apco Liquidating Trust and Apco Missing ) | |
| Stockholder Trust ) | |
| ) | |
| Appellee ) | Bankruptcy Case No. 05-12355 |
|   | Bankruptcy Appeal No. 07-71 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/29/07 was docketed in the District Court on 7/31/07:

> Ordered that the Objection is Sustained and Claim No. 26 is hereby Disallowed pursuant to 11 U.S.C. 502(e)(1)(B)

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                Peter T. Dalleo
                Clerk of Court

Date:   August 1, 2007

To:   U.S. Bankruptcy Court
      Counsel