IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| APCO LIQUIDATING TRUST, ) | Bankruptcy Case No. 05-12355(BLS) |
| ) | Adversary No. 07-474 |
| Debtors. ) | |
| ) | |
| ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| CITY OF WICHITA KANSAS, ) | |
| ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| APCO LIQUIDATING TRUST, ) | |
| ) | |
| Appellee. ) | |
| ) | |

FILED
SEP 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned Mediator reports that the Mediation was completed on September 26, 2007 and resolved in the following manner *(complete applicable provisions)*:

    (a) The following individuals were present:

        (1) Parties (name and capacity) –

        (2) Counsel (name and party representing) –

        Matt Prewitt, Esq. – Attorney for Appellee
        Neal Weinfield, Esq. – Attorney for Appellee
        John Knight, Esq. – Attorney for Appellee

        First Deputy City Attorney Joe Long - Attorney for Appellant
        Mark Carder, Esq. - Attorney for Appellant.

    (b) The following parties failed to appear and/or participate as ordered:

        None

    (c) The outcome of the mediation conference was:

        __X__   The matter has been completely resolved and counsel (or parties) have

been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

_____ The matter has not been resolved and should proceed to trial.

_____ OTHER:

Dated: ___September 28, 2007___

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
300 Delaware Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record