**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

February 6, 2008

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

Re: City of Wichita Kansas v. John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust, Civil Action No. 07-cv-00474 (GMS)

Dear Judge Sleet:

This firm represents the Appellee (the "Appellee") in the above referenced civil action (the "Action"). On January 9, 2008, the Appellee filed the *Settlement Agreement by and Between John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust and City of Wichita, Kansas* [Docket No. 7] (the "Settlement Agreement") in connection with, and in resolution of, the Action. Enclosed for Your Honor's consideration and convenience please find a chamber's copy of the *Certification of Counsel Concerning Settlement Agreement by and Between John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust and City of Wichita, Kansas* [Docket No. 9] (the "Certification") filed with the Court today in connection with the Action. As indicated in the Certification, the Appellee has received no objections to the Settlement Agreement and, consequently, respectfully requests the entry of an order approving the Settlement Agreement (the "Proposed Order"). A copy of the Proposed Order is attached as "Exhibit A" to the Certification and the Appellee respectfully requests that Your Honor enter the Proposed Order at the earliest convenience of the Court.

RLF1-3251114-1

The Honorable Gregory M. Sleet
February 6, 2008
Page 2

      I am available should Your Honor have any questions concerning the Settlement Agreement, the Certification or the Proposed Order.

                      Respectfully,

                      Jason M. Madron (DE No. 4431)

Enclosure
cc:    Clerk of the Court (via hand delivery w/enc.)
        Jeffrey R. Waxman, Esq. (via hand delivery w/enc.)
        Mark S. Carder, Esq. (via U.S. First Class Mail w/enc.)
        Gary E. Rebenstorf, Esq. (via U.S. First Class Mail w/enc.)

RLF1-3251114-1