IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APCO LIQUIDATING TRUST AND APCO MISSING STOCKHOLDER TRUST,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-12355 (BLS)<br><br>Jointly Administered |
| CITY OF WICHITA KANSAS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JOHN G. MCMILLIAN, LIQUIDATION TRUSTEE TO APCO LIQUIDATING TRUST AND APCO MISSING STOCKHOLDERS TRUST,<br><br>Defendant-Appellee. | Civil Action No. 07-cv-00474 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED by and between John G. McMillian, as liquidation trustee (the "Liquidation Trustee") to the liquidation trust created pursuant to the *Apco Liquidating Trust and Apco Missing Stockholders Trust Liquidation Trust Agreement*, dated January 26, 2006, for Apco Liquidating Trust and Apco Missing Stockholder Trust and the City of Wichita, Kansas (referred to herein as "Wichita"), that the appeal referenced in the above-captioned action is hereby dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, with prejudice and without costs as against the parties to this stipulation, and it is further

RLF1-3273791-1

STIPULATED AND AGREED that, this stipulation may be executed in any number of counterparts, each of which shall be deemed an original instrument, but all of which together shall constitute one and the same instrument. A signature page delivered by facsimile or electronic mail shall have the same effect as an original signature page.

Dated: April 17, 2008
Wilmington, Delaware

FOR THE JOHN G. MCMILLIAN,
LIQUIDATION TRUSTEE TO APCO
LIQUIDATING TRUST AND APCO
MISSING STOCKHOLDERS TRUST:

By: /s/ John H. Knight

John H. Knight (No. 3848)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Neal H. Weinfield
Matthew F. Prewitt
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

COUNSEL FOR THE JOHN G.
MCMILLIAN, LIQUIDATION TRUSTEE
TO APCO LIQUIDATING TRUST AND
APCO MISSING STOCKHOLDERS
TRUST, APPELLEE

Dated: April 16, 2008
Wilmington, Delaware

FOR CITY OF WICHITA, KANSAS:

By: /s/ Jeffrey R. Waxman

Jeffrey R. Waxman (No. 4159)
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

- and -

Mark S. Carder
STINSON MORRISON
  HECKER, LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

- and -

Gary E. Rebenstorf
Joe Allen Lang
Sharon L. Dickgrafe
City Hall – 13th Floor
455 North Main Street
Wichita, KS 67202
Telephone: (316) 268-4681
Facsimile: (316) 268-4335

COUNSEL FOR CITY OF
WICHITA, KANSAS

SO ORDERED this ____ day of _____, 2008

_____
The Honorable Gregory M. Sleet
United States District Court Judge