# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

April 17, 2008

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, Delaware 19801

Re:  **City of Wichita Kansas v. John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust, Civil Action No. 07-cv-00474 (GMS)**

Dear Judge Sleet:

This firm represents the Appellee (the "Appellee") in the above referenced civil action (the "Action"). On January 9, 2008, the Appellee filed the *Settlement Agreement by and Between John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust and City of Wichita, Kansas* [Docket No. 7] (the "Settlement Agreement") in connection with, and in resolution of, the Action. Thereafter, on February 2, 2008, Your Honor entered the *Order Approving Settlement Agreement by and Between John G. McMillian, Liquidation Trustee to Apco Liquidating Trust and Apco Missing Stockholders Trust and City of Wichita, Kansas* [Docket No. 11] (the "Order"). Pursuant to the Order, Your Honor approved the Settlement Agreement. Paragraphs 7 and 8 of the Settlement Agreement, as approved by the Order, contemplate that the Appellee and the Appellant shall enter into a stipulation of dismissal with respect to the Action and that the Appellee will file a copy of the same with this Court. Consequently, enclosed herewith for Your Honor's consideration, please find a *Stipulation and Order of Dismissal of Appeal* (the "Stipulation and Order"). The Appellee respectfully requests that Your Honor enter the Stipulation and Order at the earliest convenience of the Court.

RLF1-3274234-1

The Honorable Gregory M. Sleet
April 17, 2008
Page 2

        I am available should Your Honor have any questions concerning the Stipulation and Order.

                                        Respectfully,

                                        Jason M. Madron (DE No. 4431)

Enclosure
cc:    Clerk of the Court (via hand delivery w/enc.)
        Jeffrey R. Waxman, Esq. (via hand delivery w/enc.)
        Mark S. Carder, Esq. (via U.S. First Class Mail w/enc.)
        Gary E. Rebenstorf, Esq. (via U.S. First Class Mail w/enc.)

RLF1-3274234-1