IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APCO LIQUIDATING TRUST AND APCO MISSING STOCKHOLDER TRUST,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-12355 (BLS)<br><br>Jointly Administered |
| CITY OF WICHITA KANSAS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JOHN G. MCMILLIAN, LIQUIDATION TRUSTEE TO APCO LIQUIDATING TRUST AND APCO MISSING STOCKHOLDERS TRUST.,<br><br>Defendant-Appellee. | Civil Action No. 07-cv-00474 (GMS) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Aja E. McDowell, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 17th day of April, 2008 she caused copies of the following to be served on the attached list in the manner indicated:

    •    **Stipulation and Order of Dismissal of Appeal [Docket No. 12]**

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

RLF1-3274307-1

- **Letter to The Honorable Gregory M. Sleet from Jason M. Madron re: Stipulation and Order of Dismissal of Appeal [Docket No. 13]**

Dated: April 17, 2008
      Wilmington, Delaware

*/s/ Aja E. McDowell*
Aja E. McDowell, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 17th day of April, 2008

*/s/ Linda M. Anderson*
Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

RLF1-3274307-1

## SERVICE LIST

**Via Hand Delivery:**

U.S. District Court
Attn: Clerk's Office
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Jeffrey R. Waxman
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**Via First Class Mail:**

Mark S. Carder
STINSON MORRISON HECKER, LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150

Gary E. Rebenstorf
Joe Allen Lang
Sharon L. Dickgrafe
City Hall – 13th Floor
455 North Main Street
Wichita, KS 67202